**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ERICA BUSTOS** | **CASE NO. 6:25-CV-01936** |
| **VERSUS** | **JUDGE DRELL** |
| **SOCIAL SECURITY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting Claimant's objection (Rec. Doc. 20), and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Claimant's objection is overruled, and the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 22nd day of September 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT